**Order filed, March 10, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01010-CV

———————

## RON VILOTTI, Appellant

## V.

## FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE COMPANY, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-192096**

## ORDER

The reporter's record in this case was due **January 03, 2014**. *See* Tex. R. App. P. 35.1. On **January 28, 2014**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Elizabeth Wittu** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM